IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 27 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02299-BNB

ORLANDO E. MORA,
    Applicant,

v.

JULIE WANDS, FCI Florence Warden,
    Respondent.

---

ORDER OF DISMISSAL

---

Applicant, Orlando E. Mora, is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution in Florence. Colorado. Mr. Mora initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In an order filed on September 20, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Mora to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Mora either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Mora was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Mora has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's September 20 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Applicant failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this  26th  day of  October , 2010.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02299-BNB

Orlando E. Mora
Reg. No. 06561-091
FCI – Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/27/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk